## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 24-CV-23860-RUZ

Plaintiff:
**Jeus Gonzalez**

vs.

Defendant:
**Grove Property LLC**


APO2024001888

For:
Alberto Leal
The Leal Law Firm P.A.
8927 Hypoluxo Road #157
Lake Worth, FL 33467

Received by Chris Zephir on the 14th day of October, 2024 at 6:11 pm to be served on **GROVE PROPERTY, LLC. NICOLAS ESTRELLA ESQ. AS REGISTERED AGENT, 1801 SW 3 AVENUE, MIAMI, FL 33129**.

I, Chris Zephir, do hereby affirm that on the **18th day of October, 2024** at **3:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Stephanie Jaime** as **Front Desk** for **GROVE PROPERTY, LLC. NICOLAS ESTRELLA ESQ. AS REGISTERED AGENT**, at the address of: **1801 SW 3 AVENUE, MIAMI, FL 33129**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, a member in good standing in the county in which service was effected in accordance with State Statute,in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true.Notary not required pursuant to F.S. 92.525

**Chris Zephir**
Process Server #1475

Action Process & Investigations,LLC.
AGENCY LICENSE #A1800271
5201 Nicholas Drive
West Palm Beach, FL 33417
**(561) 899-3164**

Our Job Serial Number: APO-2024001888

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a