UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23860-RAR

**JESUS GONZALEZ**,

    Plaintiff,

v.

**GROVE PROPERTY LLC**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint, [ECF No. 7]. Defendant has informed the Court that the parties have begun meaningful settlement discussions and seek an extension of time so as to continue those discussions prior to Defendant filing a response to the Complaint. [ECF No. 7] ¶ 3. Accordingly, the Court, having carefully reviewed the file and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a status report or the appropriate dismissal documents **on or before December 2, 2024**.

2. If the parties reach an impasse, either party may move to reopen the case and restore it to the active docket.

3. The Clerk shall **CLOSE** this case for administrative purposes only.

4. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of October, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**